REPORTER'S RECORD

VOLUME 1 OF 1

CAUSE NO. FM4-04690

RECEIVED
COURT OF CRIMINAL APPEALS
6/13/2016
ABEL ACOSTA, CLERK

| | | |
|---|---|---|
| IN THE INTEREST OF | ) | IN THE 98TH JUDICIAL |
| | ) | |
| | ) | |
| HANNAH STRITZINGER, JAMES | ) | DISTRICT COURT OF |
| STRITZINGER, AND LUCY | ) | |
| STRITZINGER, CHILDREN | ) | TRAVIS COUNTY, TEXAS |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

REPORTER'S RECORD
(Ruling)

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

BE IT REMEMBERED, on the 3rd day of October, 2005, the following proceedings came on to be heard in the above-entitled and numbered cause before the Honorable Rhonda Hurley, Judge presiding, held in Austin, Travis County, Texas.

Proceedings reported by machine shorthand.

*PATRICIA A. DAY, CSR, RPR, RMR*
*(512) 854-9327*

COPY

APPEARANCES

FOR THE MOVANT:

MR. JONATHAN P. FRIDAY AND
MS. BARBARA KAZEN
(Friday, Friday & Kazen, LLP)
700 Lavaca Street
Suite 1150
Austin, Texas  78701
Phone No. 512-472-9291


FOR THE RESPONDENT:

MR. KEITH D. MAPLES
2705 Bee Caves Road
Suite 240
Austin, Texas  78746
Phone No. 512-477-5448

*PATRICIA A. DAY, CSR, RPR, RMR*
*(512) 854-9327*

P R O C E E D I N G S

October 3, 2005

THE COURT:  All right.  Here's my ruling.

First of all, I've noted on the docket sheet that the parties agreed to a mutual injunction on the prohibition of corporal punishment with the children, and it is so ordered, and they agreed to a mutual injunction from making disparaging remarks about various schools or discussing any of the selection of the school with the children, and that is so ordered.

I have already indicated and will so order that I'm enjoining the parties from changing the children's school from the Waldorf School during the '05/'06 school year.  That is without prejudice to a change in the selection of the school for the following school year.

I am assuming this will be true, that the parties will work with the professionals that are already involved in this case in making a new school selection for next year if there's going to be one, and in making or drafting a transition plan if a change is going to take place.  That is to be determined at a later date.

The parties are ordered to cooperate with and not interfere with the child's therapy with Dr. McMillan, Linda Swank or Kid Works.  And the parties are

*PATRICIA A. DAY, CSR, RPR, RMR*
*(512) 854-9327*

ordered to comply with the experts' recommendations concerning working with the child Hannah at home. If they say, don't be writing, don't be having her do numbers, then don't do them.

I am denying the request concerning the sports injunction. And I will take the testimony as it was, that if the child doesn't want to participate, then neither parent will make her participate. But I haven't heard enough to say that she should not be participating in soccer at this point.

And the right of first refusal injunctive request we agreed at the beginning of this hearing would be deferred to a later date. So the only issue then left for the Court is whether or not to allow a second evaluation.

And at this point, given the complexities of this case, I am going to allow further assessment for the purpose of, and the sole purpose of getting a second opinion as to appropriate therapeutic interventions to address Hannah's specific learning disabilities, and that is it. It is not to go beyond the scope of that.

And the person to perform that evaluation will be by agreement of the parties with input from Rosen and Swank. And I would hope that that evaluation would not take longer than four hours. I'm not going to impose

any orders on that. But you testified two days, two hours apiece, and I'm going to suggest to the parties that you pass that information along to the evaluator that you are wanting this information as quickly and with the least amount of stress to Hannah as possible.

Are you going to really be able to reach an agreement on a person, attorneys?

MR. FRIDAY: I believe so. Obviously we disagree to the ones that have been suggested, but there were some others possibly on that list that I -- the one with the Ph.D. and stuff.

MR. MAPLES: If we can't, we'll come up with a mechanism for getting it back to you in an expeditious way, submit you a list of what Swank and Rosen's recommendations were regarding the individuals on the list. Does that make sense if we can't agree?

MR. FRIDAY: Yes.

THE COURT: And you can submit that to this Court by letter if you wish.

MR. MAPLES: We will do that. Hopefully we won't have to.

THE COURT: Now, are there any -- I've tried to be specific about that. Are there any questions about that or any clarifications that I can help with at this moment?

MR. MAPLES: I don't think so.

THE COURT: The second evaluation is not to address the school selection. It is simply to address what therapeutic interventions are being recommended. Okay.

MR. MAPLES: Are we dismissed?

MS. KAZEN: Would you like us to do the first draft?

THE COURT: Yeah, somebody. I was going to ask Mr. Maples who was going to volunteer.

MR. FRIDAY: And I've got one that's almost right, so I can just change that.

THE COURT: Okay. Do you-all want to hang around and try to get that entered right now?

MR. FRIDAY: It may be not quite good enough that --

MR. MAPLES: It will be a mess.

MR. FRIDAY: Yes, Your Honor.

THE COURT: All right, then, I'm going to let Mr. Friday prepare that order then.

(Hearing concluded.)

REPORTER'S CERTIFICATE

THE STATE OF TEXAS    )

COUNTY OF TRAVIS      )

I, Patricia A. Day, Official Court Reporter for the Family District Court of Travis County, Texas, do hereby certify the foregoing contains a true and correct transcription of all portions of evidence and other proceedings requested by counsel for the parties to be included in this volume of the Reporter's Record, in the above-styled and numbered cause, all of which occurred in open court or in chambers and were reported by me.

I further certify that the Reporter's Record truly and correctly reflects the exhibits, if any, admitted by the respective parties.

I further certify that the total cost for the preparation of this Reporter's Record is $65.00 and was paid/will be paid by Respondent.

WITNESS MY OFFICIAL HAND this the 5th day of October, 2005.

Patricia A. Day, CSR, RPR, RMR
Official Court Reporter
Family Court
P.O. Box 1748, Austin, Texas  78767
(512) 854-9327
Certification No. 967
Date of Expiration of Current
Certification:  12/31/06

PATRICIA A. DAY, CSR, RPR, RMR
(512) 854-9327